IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| TIFFANY HEDGES : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:04-cv-00659 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| SIMON LEIS, JR., et al. : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . that the Court GRANTS Defendants' Motion for Summary Judgment (doc. 17) and DISMISSES this case from the Court's docket.

9/21/06                                                                James Bonini, Clerk

                                                                       s/Kevin Moser
                                                                       Kevin Moser
                                                                       Deputy Clerk